# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| **WARREN RICHARDS, on behalf of himself and others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **GOOSE CREEK CANDLES LLC** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:25-cv-01188-JRS-MJD |

## AFFIDAVIT OF SERVICE

I, Stephen Tate, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to GOOSE CREEK CANDLES LLC in Casey County, KY on July 9, 2025 at 11:08 am at 1139 Campbellsville St., Liberty, KY 42539 by leaving the following documents with Jeremy Boyd who as Sr. Accountant is authorized by appointment or by law to receive service of process for GOOSE CREEK CANDLES LLC.

Summons In A Civil Action, Class Action Complaint

Additional Description:
The first address was vacated.  The current address is 1498 S. Wallace Wilkinson Blvd., liberty, KY 42539.

White Male, est. age 55-64, glasses: Y, Gray hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=37.2992649,-84.9492967
Photograph: See Exhibit 1


Total Cost: $150.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Adair County   ,

   KY    on    7/11/2025   .

/s/ *Stephen Tate*

Signature
Stephen Tate
+1 (270) 634-9419

Exhibit 1a)

