AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| WARREN RICHARDS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-01188-JRS-MJD |
| GOOSE CREEK CANDLES, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Goose Creek Candles, LLC                                                                                      .

Date:    07/29/2025

/s/ Scott L. Tyler
*Attorney's signature*

Scott L. Tyler, Atty. #16218-10
*Printed name and bar number*

WATERS, TYLER, HOFMANN & SCOTT, LLC
1947 E. Spring Street
New Albany, IN  47150
*Address*

styler@wthslaw.com
*E-mail address*

(812) 949-1114
*Telephone number*

(812) 949-2189
*FAX number*