IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

WARREN RICHARDS, on
behalf of himself and
others similarly situated

    Plaintiff

V.                                                   CASE NO. 1:25-cv-01188-JRS-MJD

GOOSE CREEK CANDLES, LLC

    Defendant

## S.D.Ind.L.R. 6.1 NOTICE OF EXTENSION OF TIME

Defendant, by counsel, having requested a twenty-eight (28) day extension of time within which to respond to Plaintiffs' Complaint, and opposing counsel having no objection, notifies the Court that Defendant's responsive pleading, originally due July 29, 2025, will be filed on or before August 26, 2025. Counsel for Defendant has not requested a previous extension to this deadline.

                                                Respectfully submitted,

                                                WATERS, TYLER,
                                                HOFMANN & SCOTT, LLC

                                             By: /s/ Scott L. Tyler
                                                  Scott L. Tyler, Atty. # 16218-10
                                                  *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

  The undersigned counsel hereby certifies that a copy of the foregoing was filed electronically on July 29, 2025.  Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system:

      Anthony I. Paronich
      PARONICH LAW, P.C.
      350 Lincoln Street, Suite 2400
      Hingham, MA  02043
      Anthony@paronichlaw.com
      *Counsel for Plaintiff*

            /s/ Scott L. Tyler
            Scott L. Tyler, Atty. # 16218-10

WATERS, TYLER,
HOFMANN & SCOTT, LLC
1947 E. Spring Street
New Albany, IN  47150
T. (812) 949-1114
F. (812) 949-2189