UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

**WARREN RICHARDS**
*on behalf of himself and others similarly situated*

Civil Action No.:   25-cv-1188

**CLASS ACTION**

Plaintiff,

**JURY TRIAL DEMANDED**

v.

**GOOSE CREEK CANDLES LLC**

Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE
## INITIAL PRETRIAL CONFERENCE BY SEVEN DAYS

Plaintiff, by and through undersigned counsel, respectfully moves this Court for an order continuing the telephonic Initial Pretrial Conference currently set for September 10, 2025, at 10:30 a.m. (Eastern) to September 17, 2025, or to a date thereafter convenient to the Court. In support of this motion, Plaintiff states as follows:

1. On August 28, 2025, the Court entered a Scheduling Order setting the Initial Pretrial Conference for September 10, 2025, at 10:30 a.m. (Eastern). (Dkt. 10).

2. Due to scheduling conflicts, undersigned counsel is unavailable on September 10, 2025.

3. Plaintiff has conferred with counsel for Defendant, who does not oppose this request for a brief continuance.

4.   The requested seven-day continuance will not prejudice any party and will allow for orderly preparation of the Case Management Plan and participation in the Initial Pretrial Conference.

WHEREFORE, Plaintiff respectfully requests that the Court continue the Initial Pretrial Conference to September 17, 2025, or to such other date as the Court deems appropriate, and grant such other relief as may be just and proper.

Dated: August 29, 2025                            PLAINTIFF, on behalf of himself
                                                  and others similarly situated,


                                                  */s/ Anthony Paronich*
                                                  Anthony Paronich
                                                  Email:  anthony@paronichlaw.com
                                                  PARONICH LAW, P.C.
                                                  350 Lincoln Street, Suite 2400
                                                  Hingham, MA 02043
                                                  Telephone:  (617) 485-0018
                                                  Facsimile:  (508) 318-8100