UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, on behalf of himself and others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>GOOSE CREEK CANDLES LLC,<br><br>  Defendant. | CASE NO. 1:25-CV-1188-JRS-MJD<br><br>*ELECTRONICALLY FILED* |

## NOTICE OF APPEARANCE

Please take notice that Chadwick A. McTighe of Stites & Harbison, PLLC, who is admitted and otherwise authorized to practice in this Court, enters his appearance on behalf of Defendant, Goose Creek Candles LLC, in this matter.

> */s/ Chadwick A. McTighe*
> Chadwick A. McTighe
> STITES & HARBISON PLLC
> 400 West Market St, Suite 1800
> Louisville, KY  40202
> Telephone:  (502) 587-3400
> cmctighe@stites.com
>
> *Counsel for Goose Creek Candles LLC*

-2-

## CERTIFICATE OF SERVICE

I certify that on August 29, 2025 I served this document on all counsel of record through CM/ECF.

*/s/ Chadwick A. McTighe*
*Counsel for Goose Creek Candles LLC*
