UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:25-cv-01188-JRS-MJD |
| ) | |
| GOOSE CREEK CANDLES LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on Unopposed Motion to Continue Initial Pretrial Conference by Seven Days. [Dkt. 11.]  The Court, being duly advised, hereby **GRANTS** the motion.  The September 10, 2025 telephonic initial pretrial conference is hereby **CONTINUED** to **Wednesday, September 17, 2025 at 12:00 p.m. (Eastern)**.  All other requirements set forth in the Court's August 28, 2025 Scheduling Order [Dkt. 10] remain in effect.

SO ORDERED.

Dated:  29 AUG 2025

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.