IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

WARREN RICHARDS, on
behalf of himself and
others similarly situated

    Plaintiff

V.                                                     CASE NO. 1:25-cv-01188-JRS-MJD

GOOSE CREEK CANDLES, LLC

    Defendant

## MOTION TO WITHDRAW APPEARANCE

Comes now the law firm of Waters, Tyler, Hofmann & Scott, LLC, by Scott L. Tyler, and moves the Court for an order permitting its withdrawal as counsel for Defendant, Goose Creek Candles, LLC, as substitute counsel has entered an appearance on behalf of Defendant.

WHEREFORE, the undersigned respectfully requests the Court for an Order withdrawing the appearance of Waters, Tyler, Hofmann & Scott, LLC, by Scott L. Tyler, for Defendant, Goose Creek Candles, LLC.

                                                Respectfully submitted,

                                                WATERS, TYLER,
                                                HOFMANN & SCOTT, LLC

                                          By: /s/ Scott L. Tyler
                                                Scott L. Tyler, Atty. # 16218-10
                                                *Counsel for Defendant*

## CERTIFICATE OF SERVICE

  The undersigned counsel hereby certifies that a copy of the foregoing was filed electronically on September 3, 2025. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

> Anthony I. Paronich
> PARONICH LAW, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> Anthony@paronichlaw.com
> *Counsel for Plaintiff*
>
> Chadwick A. McTighe
> Stites & Harbison, PLLC
> 400 West Market Street, Suite 1800
> Louisville, KY 40202
> cmctighe@stites.com
> *Counsel for Goose Creek Candles, LLC*

            /s/ Scott L. Tyler
            Scott L. Tyler, Atty. # 16218-10

WATERS, TYLER,
HOFMANN & SCOTT, LLC
1947 E. Spring Street
New Albany, IN 47150
T. (812) 949-1114
F. (812) 949-2189