IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

WARREN RICHARDS, on
behalf of himself and
others similarly situated

    Plaintiff

V.                                                        CASE NO. 1:25-cv-01188-JRS-MJD

GOOSE CREEK CANDLES, LLC

    Defendant

### ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

This matter having come before the Court on a Motion to Withdraw filed by Waters, Tyler, Hofmann & Scott, LLC, by Scott L. Tyler, and the Court being duly advised in the premises,

It is hereby ordered that the Appearance filed by the firm of Waters, Tyler, Hofmann & Scott, LLC, by Scott L. Tyler, is hereby withdrawn.

SO ORDERED this _____ day of _____, 2025.

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

TENDERED BY:

Scott L. Tyler
WATERS, TYLER,
HOFMANN & SCOTT, LLC
1947 E. Spring Street
New Albany, IN  47150

DISTRIBUTION TO:

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA  02043
Anthony@paronichlaw.com

Chadwick A. McTighe
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY  40202
cmctighe@stites.com

Scott L. Tyler
(address above)