UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOOSE CREEK CANDLES LLC, ) <br> ) <br> Defendant. ) | No. 1:25-cv-01188-JRS-MJD |

### ORDER

This matter is before the Court on the motion of Scott L. Tyler to withdraw his appearance on behalf of Defendant Goose Creek Candles, LLC because Defendant has obtained new counsel. [Dkt. 15.] The motion is **GRANTED**. The appearance of Scott L. Tyler for the Defendant is hereby **WITHDRAWN** and **TERMINATED**.

SO ORDERED.

Dated: 5 SEP 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.