UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GOOSE CREEK CANDLES LLC,<br><br>    Defendant. | CASE NO. 1:25-CV-1188-JRS-MJD<br><br>*ELECTRONICALLY FILED* |

## NOTICE OF APPEARANCE

Please take notice that Alisa Micu of Stites & Harbison, PLLC, who is admitted and otherwise authorized to practice in this Court, enters her appearance on behalf of Defendant, Goose Creek Candles LLC, in this matter.

>  */s/Alisa Micu*
> Chadwick A. McTighe
> Alisa Micu
> STITES & HARBISON PLLC
> 400 West Market St, Suite 1800
> Louisville, KY  40202
> Telephone:  (502) 587-3400
> cmctighe@stites.com
> amicu@stites.com
>
> *Counsel for Goose Creek Candles LLC*

-2-

## CERTIFICATE OF SERVICE

I certify that on September 15, 2025 I served this document on all counsel of record through CM/ECF.

<u>/s/ Alisa Micu</u>
*Counsel for Goose Creek Candles LLC*