UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WARREN RICHARDS, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOSE CREEK CANDLES LLC<br><br>Defendant. | Case No.: 25-cv-1188<br><br>Judge: James Russell Sweeney, II<br><br>Magistrate Judge: Mark J. Dinsmore |

**PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST**

1. Warren Richards
   c/o PARONICH LAW, P.C.
   350 Lincoln Street, Suite 2400
   Hingham, MA 02043
   Phone: (617) 485-0018

2. Goose Creek Candles LLC ("Defendant')
   c/o STITES&HARBISON PLLC
   400 West Market Street, Suite 1800
   Louisville, KY 40202-3352

3. Ghostmonitor Inc. d/b/a Recart,
   251 Little Falls Drive
   Wilmington, Delaware 19808

4. Any representative of Defendant who made text messages to the Plaintiff's telephone (name and contact information unknown to Plaintiff at this time)

5. Any witness disclosed or called by Defendant.

6. Plaintiff reserves the right to supplement the witness list until the deadline set forth in the Court's Case Management Plan for final witness and exhibit lists.

Exhibits Plaintiff expects to rely on at trial:

1. Telephone records reflecting certain calls Defendant made, or caused to be made, that used an advertising text message;

2. Defendant's responses to Plaintiff's Discovery Requests.

3. Any documents produced by or identified by Defendant in response to Plaintiff's Discovery Requests.

4. Any documents produced by or identified by Defendant through its Initial Disclosures.

5. Any exhibit listed by Defendant.

6. Plaintiff reserves the right to supplement his exhibit list until the deadline set forth in the Court's Case Management Plan for final witness and exhibit lists.

Dated: October 4, 2025         /s/ *Anthony Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

Counsel for Plaintiff and the proposed class