UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No. 1:25-cv-01188-JRS-MJD |
| GOOSE CREEK CANDLES LLC, | ) ) ) |
| Defendant. | ) ) |

**TRIAL SETTING AND
NOTICE OF FINAL PRETRIAL CONFERENCE**

This cause is hereby set for a **Jury Trial** before Judge James R. Sweeney II on **July 12, 2027 at 9:00 a.m. (ET)** in Room 202 of the Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

A **Final Pretrial Conference** is also set for **June 24, 2027 at 9:00 a.m. (ET)** in Room 202 of the Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

Date: 10/3/2025

_____
JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Chadwick A. McTighe
STITES & HARBISON, PLLC
cmctighe@stites.com

Alisa Micu
STITES & HARBISON, PLLC (Louisville)
amicu@stites.com

Anthony Paronich
PARONICH LAW. P.C.
anthony@paronichlaw.com