UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOSE CREEK CANDLES LLC,<br><br>Defendant. | CASE NO. 1:25-CV-1188-JRS-MJD |

**ORDER**

This matter is before the Court on the unopposed motion of Goose Greek Candles LLC for leave to file its amended answer, attached as Exhibit A to its motion. The Court having considered the motion and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion is GRANTED. The tendered amended answer is ordered filed as of this date.

SO ORDERED.


DATE:

_____
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA


Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.