UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WARREN RICHARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01188-JRS-MJD |
| | ) | |
| GOOSE CREEK CANDLES LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR NOVEMBER 4, 2025**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the status of and future plans for discovery, as well as the parties' readiness for the upcoming settlement conference. The conference concluded without further order.

Dated:  4 NOV 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.