UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WARREN RICHARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01188-JRS-MJD |
| | ) | |
| GOOSE CREEK CANDLES LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Defendant's Unopposed Motion to Amend Answer. [Dkt. 26.] The motion is **GRANTED**. Defendant shall file its Amended Answer, in substantively the same form as that found at Docket Number 26-1, **within three days of the date of this Order**.

SO ORDERED.

Dated:  10 NOV 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.