UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WARREN RICHARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01188-JRS-MJD |
| | ) | |
| GOOSE CREEK CANDLES LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR FEBRUARY 3, 2026**
**TELEPHONIC HEARING**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared, by counsel, for a telephonic hearing on the parties' Joint Motion to Amend Case Management Plan. [Dkt. 31.] Following a discussion with the parties, the motion is **GRANTED IN PART** and **DENIED IN PART**. The approved Case Management Plan [Dkt. 21] is hereby amended as follows:

**III. Pretrial Pleadings and Disclosures**

F. Plaintiff shall disclose the name, address, and vita of any expert witness with regard to class certification issues, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C), on or before **January 6, 2026**. Defendant shall disclose the name, address, and vita of any expert witness with regard to class certification issues, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C), on or before **March 16, 2026**. Plaintiff shall disclose the name, address, and vita of any expert witness with regard to liability issues, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C), on or before **May 29, 2026**. Defendant shall disclose the name, address, and vita of any expert witness with regard to liability issues, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C), on or before **June 29, 2026**. Plaintiff shall disclose the name, address, and vita of any expert witness with regard to damages, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C), on or before **October

**16, 2026**. Defendant shall disclose the name, address, and vita of any expert witness with regard to damages, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C), on or before **November 16, 2026**.

### IV.  Discovery[1] and Dispositive Motions

E. Plaintiff shall file any motion for class certification on or before **March 20, 2026**; any response to the motion shall be filed on or before **April 6, 2026**, and any reply in support of the motion shall be filed on or before **April 16, 2026**.

All other requirements of the approved Case Management Plan [Dkt. 21] remain in effect.

SO ORDERED.

Dated:  3 FEB 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.

---

[1] The term "completed," as used in Section IV.C, means that counsel must serve their discovery requests in sufficient time to receive responses before this deadline.  Counsel may not serve discovery requests within the 30-day period before this deadline unless they seek leave of Court to serve a belated request and show good cause for the same. In such event, the proposed belated discovery request shall be filed with the motion, and the opposing party will receive it with service of the motion but need not respond to the same until such time as the Court grants the motion.