## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WARREN RICHARDS, on behalf of himself and others similarly situated, | Case No.: 25-cv-1188 |
| Plaintiff, | Judge: James Russell Sweeney, II |
| v. | Magistrate Judge: Mark J. Dinsmore |
| GOOSE CREEK CANDLES LLC | |
| Defendant. | |

### Notice of Settlement

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.

Dated: March 5, 2026         PLAINTIFF,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com