Acknowledged. Case dismissed without prejudice.

JRS, CJ, 5/5/2026.

Distribution to all counsel of record via CM/ECF.

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| WARREN RICHARDS, on behalf of himself and others similarly situated, | Case No.: 25-cv-1188 |
| Plaintiff, | Judge: James Russell Sweeney, II |
| v. | Magistrate Judge: Mark J. Dinsmore |
| GOOSE CREEK CANDLES LLC | |
| Defendant. | |

**STIPULATION OF DISMISSAL**

The parties file this Stipulation of Dismissal with Prejudice as to the claims of Plaintiff Warren Richards pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

RESPECTFULLY SUBMITTED this 5th day of May, 2026.

By */s/ Anthony Paronich*
Anthony Paronich
**PARONICH LAW PC**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff*

/s/ Chadwick A. McTighe
Chadwick A. McTighe
Alisa Micu
STITES & HARBISON PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400
cmctighe@stites.com
amicu@stites.com

*Counsel for Defendant*
*Goose Creek Candles LLC*